Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
josh@bensonallred.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA HERMINIA ECHEVARRIA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS ALBERTO GONZALEZ, individually; JOSE MARTINEZ, individually; JP MARTINEZ TRUCKING LLC, a California limited liability company; DOES 1 through 10, inclusive; and ROE ENTITIES 1`1 through 20 inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-00486 <br><br> **SUBSTITUTION OF ATTORNEY** |

Plaintiff, ANA HERMINIA ECHEVARRIA, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Joseph F. Schmitt, Esq. of the law office of LERNER & ROWE INJURY ATTORNEYS.

DATED: May 5, 2023

_____
Ana Herminia Echevarria, Plaintiff

I consent to the above substitution.

DATED: May 5, 2023

_____
Joseph F. Schmitt, Esq. LERNER & ROWE INJURY ATTORNEYS

///

///

///

///

1

I am duly admitted to practice in this District. Above substitution accepted.

DATED: 5/16/23

Joshua L. Benson, Esq. BENSON ALLRED INJURY LAW

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: May 17, 2023