# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA HERMINIA ECHEVARRIA,<br><br>    Plaintiff(s),<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00486-JAD-NJK<br><br>**Order** |

This case has been referred for a settlement conference if the parties' private mediation is unsuccessful. *See* Docket No. 20.  No later than April 17, 2024, the parties must file a joint status report regarding the private mediation.  In the event that mediation was unsuccessful, the parties must therein provide five dates on which all required participants are available for a settlement conference.

IT IS SO ORDERED.

Dated: April 10, 2024

                                                        _____
Nancy J. Koppe
United States Magistrate Judge