**SODW**
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
j.smerber@bsnv.law
Attorney for Defendants,
CARLOS ALBERTO GONZALEZ,
JOSE MARTINEZ and JP MARTINEZ TRUCKING, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANA HERMINIA ECHEVARRIA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS ALBERTO GONZALEZ, individually; JOSE MARTINEZ, individually; JP MARTINEZ TRUCKING LLC, a California limited liability company; DOES I through 10, inclusive; and ROE ENTITIES, 11 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-00486-JAD-NJK |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1  respective fees and costs incurred.

2

3  DATED this 15th day of May 2024.          DATED this 15th day of May 2024.
4  **BRANDON SMERBER LAW FIRM**          **BENSON ALLRED INJURY LAW**

5  */s/ Justin W. Smerber, Esq.*              */s/ Joshua Benson, Esq.*
6  **JUSTIN W. SMERBER, ESQ.**              **JOSHUA BENSON, ESQ.**
   Nevada Bar No. 10761                     Nevada Bar No. 10514
7  139 E. Warm Springs Rd.                  333 N. Ranch Drive, Ste. 420
   Las Vegas, Nevada 89119                  Las Vegas, Nevada 89106
8  Attorney for Defendant,                  Attorney for Plaintiff,
9  CARLOS ALBERTO GONZALEZ,                 ANA HERMINIA ECHEVARRIA
   JOSE MARTINEZ and JP MARTINEZ
10 TRUCKING, LLC

11

12         Based on the parties' stipulation [**ECF No. 24**] and good cause appearing, IT IS

13 ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own

14 fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

15

16

17                                          _____
                                            U.S. District Judge Jennifer A. Dorsey
18                                          Dated: May 16, 2024

19
   *Respectfully Submitted by:*
20 **BRANDON | SMERBER LAW FIRM**

21 */s/ Justin W. Smerber, Esq.*
22 **JUSTIN W. SMERBER, ESQ.**
   Nevada Bar No. 10761
23 139 E. Warm Springs Rd.
   Las Vegas, Nevada 89119
24 Attorney for Defendant,
25 CARLOS ALBERTO GONZALEZ,
   JOSE MARTINEZ and JP MARTINEZ TRUCKING, LLC
26

27

28